McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-03003-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 29, 2019 TO APRIL 29, 2019 |
| APPROXIMATELY $9,990.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 29, 2019 to April 29, 2019.

**Introduction**

On November 19, 2018, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 5, 2018, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on January 16, 2019.

///

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimants Karl Jones and Michael Garcia via certified and first class mail as well as personal service, but neither have filed a claim. At this point, the time to file a claim and enter the case has expired.

Accordingly, the United States will request a Clerk's Default against Karl Jones and Michael Garcia once personal service has been completed. The United States will then file a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case.

No other party has entered this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to April 29, 2019 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from January 29, 2019 to April 29, 2019, or to a date the Court deems appropriate.

Dated: 1/12/2019

McGREGOR W. SCOTT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 29, 2019 is extended to April 29, 2019.

**IT IS SO ORDERED.**

Dated: 1/25/2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge